UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

                                                      22 CR 625 (PKC)

      -against-                              ORDER

RONNIE SULLIVAN and DENIKA ARMSTEAD,

                Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of defense counsel, consented to by the government, the conference previously scheduled for January 24, 2023 is adjourned until February 9, 2023 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  My reasons for this finding are that the grant of the continuance is needed to accommodate defense counsels' schedules.  Accordingly, the time between today and February 9, 2023 is excluded.

       SO ORDERED.

                                                     P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       January 20, 2023