# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
[DawnMFlorio@yahoo.com](mailto:DawnMFlorio@yahoo.com)

*ADMITTED IN NY & NJ STATE AND FEDERAL

April 14, 2023

Via ECF Filing
Honorable Justice P. Kevin Castel
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 11D
New York, NY 10007-1312

> Application DENIED without prejudice to renewal at the April 18 conference.
> SO ORDERED.
> Dated: April 17, 2023
>
> _____
> P. Kevin Castel
> United States District Judge

Re: USA v. Ronnie Sullivan
Docket No. 1:22-CR-00625-PKC-1

Honorable Justice;

    I, Dawn M. Florio, Esq., represents Ronnie Sullivan on the above instant matter dated for April 18, 2023 @ 12pm for a status conference.

    I have spoken to AUSA Andrew Jones and he consents to a 45-day adjournment in order for us to continue discussing a possible resolution as well as provide discovery to my office on Mr. Sullivan's case. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Ronnie Sullivan*

CC:    All Counsel