UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| -v.- | : | 22 CR 625 (PKC) |
| RONNIE SULLIVAN, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 2, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         February 6, 2024

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE