UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

                                                                             22 CR 625 (PKC)

          -against-                                          ORDER

RONNIE SULLIVAN, et al.,

                    Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Final Pretrial Conference scheduled for February 22, 2024 and the Trial in the case scheduled for March 11, 2024, are vacated.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         February 10, 2024