UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                           22 CR 625 (PKC)

          -against-                                                <u>ORDER</u>

RONNIE SULLIVAN,

                       Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing for Ronnie Sullivan is scheduled for May 2, 2024 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                               P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           February 13, 2024